UNITED STATES of America, Plaintiff–Appellee,

v.

Valentin DE LA CRUZ, Defendant– Appellant.

No. 12–16386
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 22, 2013.

Michelle Thresher Taylor, Robert E. O'Neill, Kathy Peluso, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Valentin De La Cruz, Plant City, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and HILL, Circuit Judges.

PER CURIAM:

George Bedell, appointed counsel for Valentin de la Cruz in this direct criminal appeal, has moved to withdraw from fur-

ther representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and de la Cruz's conviction and sentence are **AFFIRMED.**